IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


VINCENT FISHER,                                                    PLAINTIFF

vs.                                    Civil No. 4:07-cv-4053

MICHAEL J. ASTRUE                                        DEFENDANT
Commissioner, Social Security Administration


### JUDGMENT

Comes now the Court on this the 23rd day of June 2008, in accordance with the Memorandum

Opinion entered in the above-styled case on today's date, and hereby considers, orders, and

adjudicates that the decision of the Commissioner of the Social Security Administration is

**AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED**.


                                          /s/  Barry A. Bryant
                                          HON. BARRY A. BRYANT
                                          U. S. MAGISTRATE JUDGE